FILED
APR 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SPENCER R. BRASURE

    Plaintiff,

vs.

ROBERT AYERS, WARDEN, et. al.

    Defendant.

CASE NO. CV 08 -1943 JF (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, SPENCER R. BRASURE, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____N/A_____ Net: _____N/A_____

Employer: _____N/A_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  MAYBE 15+ YEARS AGO... CAN'T REALLY RECALL.
5  _____
6  _____

7  2.      Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9       a.    Business, Profession or                Yes ___ No ✓
10            self employment
11      b.    Income from stocks, bonds,             Yes ___ No ✓
12            or royalties?
13      c.    Rent payments?                         Yes ___ No ✓
14      d.    Pensions, annuities, or                Yes ___ No ✓
15            life insurance payments?
16      e.    Federal or State welfare payments,     Yes ___ No ✓
17            Social Security or other govern-
18            ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____ N/A _____
22  _____

23  3.     Are you married?                          Yes ___ No ✓
24  Spouse's Full Name: _____ N/A _____
25  Spouse's Place of Employment: _____ N/A _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ _____ N/A _____ Net $ _____ N/A _____
28  4.     a.   List amount you contribute to your spouse's support: $ _____ N/A _____

1  b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

   N/A

5. Do you own or are you buying a home?    Yes ___  No ✓

Estimated Market Value: $ Ø    Amount of Mortgage: $ Ø

6. Do you own an automobile?    Yes ___  No ✓

Make N/A    Year N/A    Model N/A

Is it financed? Yes ___ No ___  If so, Total due: $ N/A

Monthly Payment: $ N/A

7. Do you have a bank account?  Yes ___  No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: N/A

Present balance(s): $ N/A

Do you own any cash? Yes ___ No ✓  Amount: $ N/A

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

8. What are your monthly expenses?

Rent: $ Ø    Utilities: Ø

Food: $ Ø    Clothing: Ø

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| Ø | $ Ø | $ Ø |
| Ø | $ Ø | $ Ø |
| Ø | $ Ø | $ Ø |

9. Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  ___No?_____
4  _____

5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___ No ✓ ?
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  __03-25-08__                    __Spencer R. Brasure__
17     DATE                            SIGNATURE OF APPLICANT

Case Number: _____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of  SPENCER  BEASURE  for the last six months at P10000

[prisoner name]

SAN Quentin _____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ ~~15.00~~ 7.50  and the average balance in the prisoner's account each month for the most recent 6-month period was $ 7.50 .

Dated: 3/4/08

[Authorized officer of the institution]

- 5 -

```
REPORT ID: TS3030  .701                                    REPORT DATE: 03/04/0
                                                           PAGE NO:
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                                 SAN QUENTIN PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: AUG. 22, 2007 THRU MAR. 04, 2008

ACCOUNT NUMBER : P10000                      BED/CELL NUMBER: AC1 000000000002S
ACCOUNT NAME   : BRASURE, SPENCER            ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                                  TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE  DESCRIPTION    COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE

08/22/2007    BEGINNING BALANCE                                                 9.31
10/10 W514 VISION CARE C 1421EYEGLS                             9.31            0.00
    ACTIVITY FOR 2008
02/27*DD34 EFT DEPOSIT O 3339/JPAY                  45.00                      45.00
03/03 W516 LEGAL COPY CH 3361/COPY                              22.50          22.50
03/03 W516 LEGAL COPY CH 3361/COPY                               4.50          18.00

                              CURRENT HOLDS IN EFFECT
   DATE      HOLD
  PLACED     CODE          DESCRIPTION                 COMMENT       HOLD AMOUNT

12/21/2007   H106   UNITED PARCEL SERVICE HOLD      2499 POST            1.65
12/21/2007   H106   UNITED PARCEL SERVICE HOLD      2504POSTAG           4.60
12/24/2007   H109   LEGAL POSTAGE HOLD              2522LPOST            1.82
12/24/2007   H109   LEGAL POSTAGE HOLD              2522LPOST            0.97
01/07/2008   H109   LEGAL POSTAGE HOLD              2640LEGAL            2.16
02/07/2008   H109   LEGAL POSTAGE HOLD              3071/LPOST           2.16

                           * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 08/24/98                     CASE NUMBER: *CR42412
COUNTY CODE: *VEN                            FINE AMOUNT: $ 17,500.00

   DATE       TRANS.    DESCRIPTION                  TRANS. AMT.    BALANCE

08/22/2007    BEGINNING BALANCE                                     17,057.49
02/27/08      DR34      REST DED-EFT DEPOSIT           50.00-       17,007.49
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3/4/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE