SPENCER R. BRASURE #P10000
filing in pro per
SAN QUENTIN STATE PRISON
P.O. BOX #P10000
SAN QUENTIN, CALIF. 94964

FILED
APR 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-filing

CV 08 - 1943 JF (PR)

In re SPENCER R. BRASURE

CASE NO.

MOTION FOR APPOINTMENT OF COUNSEL AND DECLARATION OF INDIGENCY

TO THE HONORABLE WILLIAM ALSUP, UNITED STATES DISTRICT COURT JUDGE.

PETITIONER, SPENCER R. BRASURE, HEREBY REQUESTS THIS COURT TO APPOINT COUNSEL TO REPRESENT PETITIONER IN THE 42 U.S.C. §§ 1983, BEING FILED CONCURRENTLY WITH THIS MOTION.

THIS MOTION IS BASED ON THE FOLLOWING DECLARATION OF PETITIONER HERE ATTACHED:

DATED: MARCH 25, 2008

RESPECTFULLY SUBMITTED,

*Spencer R. Brasure*
SPENCER R. BRASURE

①

# DECLARATION OF SPENCER R. BRASURE

I, SPENCER R. BRASURE, DO HEREBY DECLARE:

I AM THE PETITIONER IN THE 42 U.S.C. §§1983 PETITION BEING FILED CONCURRENTLY WITH THIS MOTION FOR APPOINTMENT OF COUNSEL AND DECLARATION OF INDIGENCY.

THE ISSUE SET FORTH IN THE PETITION IS COMPLEX, AND I (BRASURE) SERIOUSLY LACK THE EDUCATION AND LEGAL EXPERIENCE REQUIRED TO LITIGATE THE ISSUE BEFORE THIS COURT.

I AM INDIGENT AND LACK THE FUNDS AND/OR COLLATERAL REQUIRED TO HIRE QUALIFIED LEGAL COUNSEL TO PROTECT MY INTERESTS IN THIS MATTER.

I DO NOT HAVE ADEQUATE ACCESS TO AN UPDATED LAW LIBRARY WITH A CERTIFIED LAW LIBRARY CLERK.

BASED ON THE FACTS HEREIN, THIS PETITIONER REQUESTS THAT THIS COURT APPOINT AN ATTORNEY FOR PROPER LEGAL REPRESENTATION OF THE ISSUES.

I, SPENCER R. BRASURE, HEREBY DECLARE UNDER THE PENALTY OF PERJURY THAT THE ABOVEFOREMENTIONED IS TRUE AND CORRECT, TO THE BEST OF MY KNOWLEDGE, AS EXECUTED ON THIS 25TH. DAY OF MARCH 2008.

*/s/ Spencer R. Brasure*
SPENCER R. BRASURE

SPENCER R. BRASURE
filing pro per
SAN QUENTIN STATE PRISON
P.O. BOX #P10000
SAN QUENTIN, CALIF. 94964

CALIFORNIA SUPERIOR COURT
COUNTY OF MARIN

| SPENCER R. BRASURE | CASE NO. |
|---|---|
| v. | |
| WARDEN R. AYERS, et. al. | MOTION FOR APPOINTMENT OF COUNSEL AND DECLARATION |

To: THE HONORABLE JUDGE, PRESIDING.

PETITIONER, SPENCER R. BRASURE, HEREBY REQUEST'S THIS COURT TO APPOINT COUNSEL TO REPRESENT THIS PETITIONER IN THE PETITION FOR WRIT OF HABEAS CORPUS, BEING FILED CONCURRENTLY WITH THIS MOTION.

THIS MOTION IS BASED ON THE FOLLOWING DECLARATION FROM PETITIONER HERE ATTACHED.

DATED: DECEMBER 19, 2007

RESPECTFULLY SUBMITTED,

*Spencer R. Brasure*
SPENCER R. BRASURE

DECLARATION OF SPENCER R. BRASURE

I, SPENCER R. BRASURE, DO HEREBY DECLARE:

I AM THE PETITIONER IN THE CONDITION OF CONFINEMENT/PRISON DISCIPLINE PETITION FOR WRIT OF HABEAS CORPUS FILED CONCURRENTLY WITH THIS MOTION.

THE ISSUES SET FORTH IN THE PETITION ARE FAR TOO COMPLEX FOR THIS PETITIONER WHO LACKS THE EDUCATION AND LEGAL EXPERIENCE REQUIRED TO LITIGATE THE ISSUES BEFORE THIS COURT.

I AM INDIGENT AND LACK THE FUNDS AND/OR COLLATERAL REQUIRED TO HIRE COMPETENT LEGAL REPRESENTATION.

I DO NOT HAVE ADEQUATE ACCESS TO A DECENT LAW LIBRARY OR THE MATERIALS THAT COULD BE BENEFICIAL TO THIS PETITION.

THE POSTAL SERVICES HERE IN SAN QUENTIN ARE VERY PROBLEMATIC AT THIS TIME AND HAVE BEEN.

BASED ON THE FACTS HEREIN, AND POTENTIALLY OTHERS, THIS PETITIONER REQUESTS THIS COURT TO APPOINT COMPETENT COUNSEL FOR ADEQUATE REPRESENTATION OF THE ISSUES.

I, SPENCER R. BRASURE, HEREBY DECLARE UNDER THE PENALTY OF PERJURY THAT THE ABOVEFORMENTIONED IS TRUE AND CORRECT AS EXECUTED ON THIS 19TH. DAY OF DECEMBER 2007, WEDNESDAY.

*Spencer R. Brasure*
SPENCER R. BRASURE