March 25, 2008

Dear Court Clerk,

Please find here enclosed, the following: ① 42 U.S.C. §1983; ② Motion for Appointment of Counsel and Declaration of Indigency; and ③ Application to Proceed <u>In Forma Pauperis</u> with proof of indigency, all to be filed concurrently. Also is enclosed an entire extra copies to be stamped "Filed" and returned to me in the enclosed self addressed stamped envelope.

I'd like to point out that I do in fact direct this material to be filed with Judge W. Alsup only because this matter has eliments familiar with him, but I will accept what is given to me.

Thank you!

Respectfully,

Spencer R. Brasure